NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BAGNER AMILCAR GONZALEZ,

      Plaintiff,

    v.

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

      Defendant.

Case No. 8:25-cv-02785-FWS-ADS

**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [17]**

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 17), Plaintiff's causes of action against Defendant First Advantage Background Services Corp. in this case are **DISMISSED WITH PREJUDICE.** The parties shall bear their own fees and costs.

    **IT IS SO ORDERED**.

Dated: March 12, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1